## COURTROOM MINUTES
## SENTENCING / JUDICIAL REVIEW

DATE: 11/21/2023   DAY: Tuesday   START TIME: 11:15 AM   END TIME: 12:10 PM
JUDGE/MAG.: Peterson   CLERK: Nelson   REPORTER: P. Harrelson
PROBATION OFFICER: Mariah Stieve   INTERPRETER: _____   SWORN: _____
CASE NUMBER: 22-cr-106-jdp   CASE NAME: USA v. Rajiiv David Isree

**APPEARANCES:**
AUSA: Elizabeth Altman   DEFENDANT ATTY.: Elizabeth Ann Blair

DEFENDANT PRESENT: YES

**SENTENCING GUIDELINE RANGE:**
TOTAL OFFENSE LEVEL: 35   CRIMINAL HISTORY CATEGORY: I
ADVISORY GUIDELINE IMPRISONMENT RANGE: 168 to 210 MONTHS.

**SENTENCE:**
COUNT(S) 4 : ☒ INDICTMENT   ☐ INFORMATION
CBOP CT. 4 ; 78 MOS.; 10 YRS. S/R; $ 100 CA; $ ____ REST.; $ ____ FINE.
        CT. ____ ; ____ MOS.; ____ YRS. S/R; $ ____ CA; $ ____ REST.; $ ____ FINE.
☐ VOLUNTARY SURRENDER: _____ between _____ and _____ ;
☐ RELEASE CONDITIONS CONTINUED.
☒ DETAINED.

**ACTIONS:**
☒ PLEA AGREEMENT ACCEPTED
☒ DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)
☒ DEFENDANT ADVISED OF RIGHT TO APPEAL
☒ GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED
☐ REVOKED

**NOTES:**
Break: 11:50 AM - 11:55 AM
Counts 1-3 dismissed on government motion.

TOTAL COURT TIME: 50"